INDUSTRIAL BANK OF RICHMOND *v.* SIRMAN *et al.*

BECK, P. J. Under the facts pleaded in the petition, no evidence being submitted, it does not appear that the trial judge abused his discretion in granting the interlocutory injunction excepted to.

*Judgment affirmed. All the Justices concur.*

No. 8208. JUNE 11, 1931.

*Willidm P. Kennedy* and *Pearce Matthews,* for plaintiff in error.
*A. M. Hitz* and *Roy S. Drennan,* contra.